UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JORGE ALBERTO URENDA RAMOS,

Defendant.

CASE NO. MJ26-375

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant is charged with reentry of a removed alien. Defendant does not have a stable residence to release to, and no verified income or employment. He has misdemeanor criminal history indicating he is a danger to the community. He has violated conditions of prior probation indicting the unwillingness to abide by court orders. Arrest warrants have been issued for failing to appear for court hearings. The Court finds the government has met its burden to show that Defendant poses  a serious risk to flee.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 22nd day of June, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge